UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SUSAN E. COMBS,                                  Docket No. 08 Civ 6193 (Chin, J.)

                           Plaintiff,

    -against-

AMERICAN AIRLINES, INC. Individually and
d/b/a AMERICAN EAGLE AIRLINES, INC.,
and AMERICAN EAGLE AIRLINES INC.
Individually,

                           Defendants.
------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE OF**
**CIVIL COVER SHEET AND NOTICE OF REMOVAL**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

Cathleen M. Hohil, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Valley Stream, New York.

On July 10, 2008 deponent served the within **CIVIL COVER SHEET AND NOTICE OF REMOVAL** upon:

**BARTON BARTON & PLOTKIN**
Attorneys for Plaintiff
420 Lexington Avenue
New York, NY 10170

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Cathleen M. Hohil

Sworn to before me this
10th day of July, 2008

_____
Notary Public

BARBARA G. FERRARA
Notary Public, State of New York
No. 01FE5057085
Qualified in Nassau County
Commission Expires 3/18/2010

UNITED STATES DISTRICT COURT                    Docket No.
SOUTHERN DISTRICT OF NEW YORK

SUSAN E. COMBS,

                                    *Plaintiff,*

            -*against*-


AMERICAN AIRLINES, INC. Individually and d/b/a AMERICAN EAGLE
AIRLINES INC. and AMERICAN EAGLE AIRLINES INC. Individually,


                                    *Defendants.*


**AFFIDAVIT OF SERVICE OF
CIVIL COVER SHEET AND NOTICE OF REMOVAL**



GALLAGHER GOSSEEN FALLER & CROWLEY
*Attorneys at Law*

*Attorneys for Defendants*
AMERICAN AIRLINES, INC.
and AMERICAN EAGLE AIRLINES INC.

Office and Post Office Address, Telephone
1010 Franklin Avenue
Suite 400
Garden City, New York 11530
(516) 742-2500
Fax: (516) 742-2516