UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN E. COMBS,                                      Docket No. 08 Civ 6193 (Chin, J.)

                                  Plaintiff,

        -against-

AMERICAN AIRLINES, INC. Individually and
d/b/a AMERICAN EAGLE AIRLINES, INC.,
and AMERICAN EAGLE AIRLINES INC.
Individually,

                                  Defendants.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE OF
## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK  )**
                                      **) ss.:**
**COUNTY OF NASSAU  )**

Cathleen M. Hohil, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Valley Stream, New York.

On July 10, 2008 deponent served the within **DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES** upon:

**BARTON BARTON & PLOTKIN**
Attorneys for Plaintiff
420 Lexington Avenue
New York, NY 10170

being the addresses designated by said attorneys/parties for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Cathleen M. Hohil

Sworn to before me this
10th day of July, 2008

_____
Notary Public

BARBARA G. FERRARA
Notary Public, State of New York
No. 01FE5057085
Qualified in Nassau County
Commission Expires ____3/18/2010

*UNITED STATES DISTRICT COURT*                    *Docket No.*
*SOUTHERN DISTRICT OF NEW YORK*

*SUSAN E. COMBS,*

*Plaintiff,*

*-against-*

*AMERICAN AIRLINES, INC. Individually and d/b/a AMERICAN EAGLE
AIRLINES INC. and AMERICAN EAGLE AIRLINES INC. Individually,*

*Defendants.*

## AFFIDAVIT OF SERVICE OF
## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

*GALLAGHER GOSSEEN FALLER & CROWLEY*
*Attorneys at Law*

*Attorneys for Defendants*
*AMERICAN AIRLINES, INC.*
*and AMERICAN EAGLE AIRLINES INC.*

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*